Dale M. Cendali
Claudia E. Ray
Courtney L. Schneider
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
PAUL GREGORY ALLEN, TRUSTEE OF THE    :
ESTATE OF ADRIAN JACOBS,              :
:
Plaintiff,            :    10 Civ. 5335 (SAS)
:
- against -              :    ECF Case
:
SCHOLASTIC INC.,                      :    **NOTICE OF MOTION**
:
:
:
Defendant.           :
:
------------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that, upon the attached Declarations of Dale Cendali, Esq., Courtney Schneider, Esq., and Claudia Ray Esq., dated September 16, 2010, and the accompanying Memorandum Of Law Of Defendant Scholastic Inc. In Support Of Its Motion To Dismiss, the undersigned will move before the Honorable Shira A. Scheindlin, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an order to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

-2-

Date: September 16, 2010

Respectfully submitted,

*/s/ Courtney Schneider*

Dale M. Cendali (dale.cendali@kirkland.com)
Claudia E. Ray (claudia.ray@kirkland.com)
Courtney L. Schneider
(courtney.schneider@kirkland.com)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900

ATTORNEYS FOR DEFENDANT